HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
EDGAR JAIR SANDOVAL-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00034 LJO-SKO |
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO SUPPRESS |
| v. | ) ) | |
| EDGAR JAIR SANDOVAL-VALENCIA, | ) ) | |
| *Defendant.* | ) ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motion filing date currently scheduled for February 12, 2016, **be continued to February 16, 2016.**

This stipulation is requested by counsel for the defendant and the Assistant United States Attorney, Kathleen Servatius, has no objection to this request. Defense counsel has been focused on a Ninth Circuit brief and a motion to suppress in another case, and has identified an additional issue to raise in the instant motion. Defense counsel needs additional time to complete the motion.

The parties agree that any delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: February 8, 2016 | By  */s/ Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>FEDERAL DEFENDER |
| DATED: February 8, 2016 | By  */s/ Janet Bateman*<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>EDGAR SANDOVAL-VALENCIA |

**ORDER**

The motion filing deadline currently scheduled for February 12, 2016, is continued to February 16, 2016.

The delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **February 8, 2016**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE